Case 4:24-cv-04709   Document 16   Filed on 01/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TUAN VU TRAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION No. 4:24-cv-4709 |
| COLLEGE AVENUE STUDENT LOAN § | |
| SERVICING, LLC, EXPERIAN § | |
| INFORMATION SOLUTIONS, INC., AND § | |
| TRANS UNION LLC, § | |
| § | |
| Defendant. § | |

# ORDER

On this day, the Court considered Defendant College Avenue Student Loan Servicing, LLC's ("Defendant") Unopposed Second Motion for Extension to Respond to Plaintiff's Complaint (the "Motion"). ECF No. 15. The Court, having considered the Motion and the documents on file with the Court, finds that good cause exists for the relief requested in the Motion. As a result, the Motion is well taken and should be GRANTED. It is, therefore:

ORDERED that Defendant's Motion is GRANTED; and

ORDERED that Defendant's deadline to file a responsive pleading in this matter is extended to February 3, 2025.

Dated: January 9, 2025

_____
Keith P. Ellison
Honorable Judge Presiding