UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TUAN VU TRAN,

    PLAINTIFF,

v.                                                                                                  Case No.:

                                                                              4:24-cv-4709

COLLEGE AVENUE STUDENT LOAN
SERVICING, LLC, *ET AL.*,

    DEFENDANT(S).

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of trial 3-4 Days                                    Jury: **X** Non-Jury:___

1. (a) NEW PARTIES shall be joined by:                **May 5, 2025**
The Attorney causing the addition of new parties
will provide copies of this Order to new parties.

    (b) AMENDMENT TO PLEADINGS by Plaintiff or
Counter-Plaintiff shall be filed by:                        **May 5, 2025**

2. EXPERT WITNESSES for the PLAINTIFF will be
identified by a report listing the qualifications of each
expert, each opinion that the expert will present, and the    **August 11, 2025**
basis for it.  DUE DATE:

3. EXPERT WITNESSES for the DEFENDANT will be
identified by a report listing the qualifications of each
expert, each opinion that the expert will present, and the
basis for it.  DUE DATE:                                              **September 10, 2025**

4. DISCOVERY must be completed by:                **November 24, 2025**
Written discovery requests are not timely if they are    (Due at least two weeks before
filed so close to this deadline that the recipient would    motions deadline)
not be required under the Federal Rules of Civil
Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS    **December 8, 2025**
(except motions *in limine*) will be filed by:                 (Due 90 Days Prior to Trial Date)

6.  JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE will be filed by:*  
(The Court will fill in this date)

**March 2, 2026**  
(Due Monday one week before trial)

7.  TRIAL will begin at 9:00 a.m.  
(The Court sets a firm trial date)

**March 9, 2026**  
(15 Months from date case is filed)

---

Date

_____  
Keith P. Ellison  
United States District Judge

February 18, 2025  
Date

***/s/ Micah S. Adkins***  
Micah S. Adkins  
Counsel for Plaintiff

February 18, 2025  
Date

***/s/ Cheryl L. Blount***  
Cheryl L. Blount  
Counsel for Defendant College Avenue Student Loan Servicing, LLC

February 18, 2025  
Date

***/s/ Nathan W. Richardson***  
Nathan W. Richardson  
Counsel for Defendant Experian Information Solutions, Inc

February 18, 2025  
Date

***/s/ Marc F. Kirkland***  
Marc F. Kirkland  
Counsel for Defendant Trans Union LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Cheryl L. Blount
Chris Watt
1221 McKinney Street, Suite 2100
Houston, Texas 77010

Nathan W. Richardson
KASOWITZ BENSON TORRES LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002

Marc F. Kirkland
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75078

*/s/ Micah S. Adkins*
Micah S. Adkins