UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TUAN VU TRAN,

    PLAINTIFF,

v.

                                  Case No.: 4:24-cv-4709

COLLEGE AVENUE STUDENT LOAN
SERVICING, LLC, ET AL.,

    DEFENDANTS.

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION LLC (ONLY)

Plaintiff Tuan Vu Tran ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant Trans Union LLC have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before March 14, 2025.

Plaintiff's claims against Defendants College Avenue Student Loan Servicing, LLC and Experian Information Solutions, Inc. remain before the Court.

                                  Respectfully submitted,

                                  */s/ Micah S. Adkins*
                                  Micah S. Adkins
                                  (attorney in charge)
                                  TX BAR NO. 24088777
                                  S.D. TX BAR NO. 2338097
                                  **THE ADKINS FIRM, P.C.**
                                  8150 N. Central Expwy., Suite 1000
                                  Dallas, Texas 75206
                                  Telephone: (214) 974.4030
                                  MicahAdkins@ItsYourCreditReport.com
                                  *COUNSEL FOR PLAINTIFF*
                                  *TUAN VU TRAN*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

Cheryl L. Blount
Chris Watt
REED SMITH
1221 McKinney Street, Suite 2100
Houston, Texas 77010

Nathan W. Richardson
KASOWITZ BENSON TORRES LLP
1415 Louisiana Street, Suite 2100
Houston, TX 77002

Marc F. Kirkland
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024

*/s/ Micah S. Adkins*
Micah S. Adkins