United States District Court
Southern District of Texas
**ENTERED**
March 31, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TUAN VU TRAN, § § Plaintiff, § § VS. § COLLEGE AVENUE STUDENT LOAN § SERVICING, LLC, *et al.*, § § Defendants. § § § § | CIVIL ACTION NO. 4:24-CV-4709 |

### CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit against Defendant College Avenue Student Loan Servicing, LLC have been settled. Those claims are therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within fourteen (14) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** fourteen (14) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. Plaintiff's claims against Defendant Experian Information Solutions, Inc. remain before the Court.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 31st day of March, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE