United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TUAN VU TRAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-4709 |
| § | |
| COLLEGE AVENUE STUDENT LOAN § | |
| SERVICING, LLC, *et al.*, § | |
| § | |
| Defendants. | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit against Defendant Experian Information Solutions, Inc. have been settled. Those claims are therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within thirty-four (34) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** thirty-four (34) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of July, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE